JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE A. MARCHIONA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, a sovereign governmental entity; TRANSPORTATION SECURITY ADMINISTRATION, an agency of the United States Department of Homeland Security; COUNTY OF ORANGE, a County in California, and DOES 1 through 25, inclusive,<br><br>    Defendants. | No. 8:21-cv-01476-JLS-JDEx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) (Doc. 81)** |

1  The Court, having reviewed the parties' Stipulation of Dismissal Pursuant to Fed.
2  R. Civ. P. 41(a)(1)(A)(ii) (Doc. 81), HEREBY ORDERS that this action is DISMISSED
3  WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties shall bear
4  their own costs, fees, and expenses.

6  Dated:   October 26, 2023

8                  HON. JOSEPHINE L. STATON
9                  UNITED STATES DISTRICT JUDGE